# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JERRY KUPER,<br><br>  Plaintiff,<br>vs.<br><br>RASH CURTIS AND ASSOCIATES,<br><br>  Defendant. | Case No.: 09-CV-04251-DMG-(JEMx)<br><br>[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br>[25] JS-6 |

Based upon the Stipulation to Dismiss by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1), the above-referenced matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: April 19, 2010

_____
The Honorable Dolly M. Gee
United States District Judge

---

[Proposed] Order